SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Richard W. Holesapple, et al<br><br>          Defendants | Case No. **2:10-cv-02940-FCD-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DEA L. HOLESAPPLE**<br><br>Case to Remain Open with Remaining Defendant |

     IT IS HEREBY ORDERED THAT Defendant Dea L. Holesappple is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendant.

Dated: January 24, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE